UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BELLA BELLA, INC.,

    Plaintiff,

v.                                                    CASE NO: 8:07-mc-31-T-26MAP

DONNA MESSENGER,

    Defendant.
_____/

**O R D E R**

        Before the Court is Plaintiff's Motion for Default Judgment of Garnishment (Dkt. 9), based on entry of the Clerk's default against Garnishee Bank of America. (Dkt. 8). Even though the amount of the domesticated final judgment is liquidated in the amount of $57,072.00, it is not liquidated with respect to the amount of money held by Bank of America on behalf of Donna Messenger. See BellSouth Advertising & Publishing Corp., 698 So.2d 254, 256 (Fla. 1997) (holding that garnishee bank should be granted relief from garnishment default judgment where judgment was entered in amount of final judgment against customer of garnishee bank and garnishee bank was given no opportunity to be heard on amount of money held in customer's account). The amount of damages recoverable against Bank of America will be liquidated only after notice and an opportunity to be heard on the amount of money it held on behalf of Donna Messenger,

the judgment debtor.  Bank of America must be given notice of a trial on damages and the opportunity to adduce proof of the amount it held on behalf of Donna Messenger.

It is therefore **ORDERED AND ADJUDGED** that Plaintiff's Motion for Default Judgment of Garnishment (Dkt. 9) is **DENIED** without prejudice to refiling with the appropriate notice to Garnishee Bank of America.

**DONE AND ORDERED** at Tampa, Florida, on October 9, 2007.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record